IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02549–EWN–OES

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

904 TORO CANYON ROAD, SANTA BARBARA, CALIFORNIA,

    Defendant.

---

**MINUTE ORDER**

---

EDWARD W. NOTTINGHAM, Judge
Stacy L. Steinbrecher, Secretary

Claimants' "Unopposed Motion to File Reply..." (#27) filed August 16, 2005 is GRANTED.

Dated: August 16, 2005