IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–02549–EWN–OES

THE UNITED STATES OF AMERICA,

    Plaintiff,

v.

904 TORO CANYON ROAD, SANTA BARBARA, CALIFORNIA,

    Defendant.

---

**ORDER**

---

This matter comes before the court on the Claimants' reply to the motion to dismiss filed under 5 separate docket entries. Upon review and consideration, it is

**ORDERED** that the reply (##29, 30, 31, 32, 33) is STRICKEN. Counsel is referred V.H.3. of the Electronic Case Filing Procedures for the District of Colorado.

Dated this  30th  day of August, 2005.

                                    BY THE COURT:

                                    s/Edward W. Nottingham
                                    EDWARD W. NOTTINGHAM
                                    United States District Judge